# In the United States Court of Federal Claims

No. 19-449
Filed: July 3, 2019

|  |  |
|---|---|
| THE MODERN SPORTSMAN, LLC, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**ORDER**

On July 2, 2019, defendant filed an unopposed motion for extension of time to file a reply in support of its Motion to Dismiss until July 22, 2019. For good cause shown, defendant's Motion is hereby **GRANTED**. Accordingly, defendant's Reply in Support of its Motion to Dismiss is due by July 22, 2019.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge