# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE MODERN SPORTSMAN, LLC;
RW ARMS, LTD.; MARK MAXWELL,
Individually; and MICHAEL
STEWART, Individually,

          Plaintiffs,

         v.

THE UNITED STATES,

         Defendant.

Case No.: 1:19-cv-00449

Judge Loren A. Smith

(*Electronically filed Nov. 1, 2019*)

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Opinion and Order (ECF No. 13), filed on October 23, 2019, and the final judgment entered in this action on October 24, 2019 (ECF. No. 14).

Respectfully submitted this 1st day of November 2019,

/s/ *Ethan A. Flint*
Ethan A. Flint, *Attorney of Record*

/s/ *Adam M. Riley*
Adam M. Riley, *Of Counsel*

Flint Law Firm, LLC
222 E. Park St., Suite 500
P.O. Box 189
Edwardsville, IL 62025
T: (618) 288-4777   F: (618) 288-2864
eflint@flintlaw.com
ariley@flintlaw.com