**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

THE MODERN SPORTSMAN, LLC, et al.,

       Plaintiffs,

and

SLIDE FIRE SOLUTIONS, LP, et al.

       Plaintiffs-Intervenors,

     v.

THE UNITED STATES,

       Defendant.

Case No.: 19-449, 25-425

Judge Loren A. Smith

---

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT FROM A JUDGMENT OF THE
UNITED STATES COURT OF FEDERAL CLAIMS**

---

As provided in Rule 3 of the Federal Rules of Appellate Procedure and Rule 58.1 of this Court's Rules, Plaintiffs RW Arms, Ltd., Michael Stewart, and Mark Maxwell file this notice of appeal to the United States Court of Appeals for the Federal Circuit.

These plaintiffs appeal the judgment ECF No. 105 entered Monday, March 23, 2026, and the Opinion and Order, ECF No. 71, to the United States Court of Appeals for the Federal Circuit.

Respectfully submitted this 10th day of April, 2026,

/s/ Mark F. (Thor) Hearne, II
Mark F. (Thor) Hearne, II
Timothy Belz
Matt Belz
TRUE NORTH LAW, LLC
112 South Hanley Road, Suite 200
St. Louis, MO 63105
(314) 296-4000
thor@truenorthlawgroup.com

*Attorneys for Plaintiffs RW Arms, Ltd.,*
*Mark Maxwell, and Michael Stewart*

2