NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MODERN SPORTSMAN, LLC, SLIDE FIRE SOLUTIONS, LP, JEREMIAH JOHN COTTLE,**
*Plaintiffs*

**RW ARMS, LTD., MARK MAXWELL, MICHAEL STEWART,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2026-1697

---

Appeal from the United States Court of Federal Claims in Nos. 1:19-cv-00449-LAS and 1:25-cv-00425-LAS, Senior Judge Loren A. Smith.

---

Before LOURIE, PROST, and REYNA, *Circuit Judges*.

PROST, *Circuit Judge*.

**O R D E R**

In response to the court's show cause order, the appellants state their appeal from the United States Court of Federal Claims's March 23, 2026 order was filed "out of an

abundance of caution" and do not contest that the appealed-from order "is not yet a final judgment for purposes of appellate jurisdiction because claims remain pending in the Court of Federal Claims and no certification" has been entered. ECF No. 15 at 2. The United States agrees that there has been no appealable decision in this case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 27, 2026
Date